# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3158
_____

DARVIN HELM,

    Appellant,

    v.

MIDWEST TRANSPORT, INC., and
GREAT WEST CASUALTY
COMPANY,

    Appellees.

_____

On appeal from an order of the Office of the Judges of Compensation Claims.
Brian J. Anthony, Judge.

Date of Accident: July 13, 2019.


June 10, 2024

PER CURIAM.

    AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Thomas Warren Sculco and Shannon McLin of Florida Appeals, Orlando, Nicolette E. Tsambis, Lakeland, and Bradley G. Smith, Lakeland, for Appellant.

Jodi K. Middleton and Kevin G. Malchow of Zimmerman, Kiser & Sutcliffe, P.A., Orlando, for Appellees.